STATE OF NEW JERSEY v. LAWRENCE J. GRANT.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HERIBERTO HERNANDEZ.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM FLORIO.

March 24, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM BARRON.

March 24, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 46)

STATE OF NEW JERSEY v. VERNON MCIVER.

March 24, 1987.

Petition for certification denied.